UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WAYNE BRATTON,<br><br>              Petitioner,<br><br>    v.<br><br>WARDEN, SAN QUENTIN STATE PRISON,<br><br>              Respondent. | CASE NO. CV 18-2781-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 10, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Users\mezavala\Downloads\LA18CV02781-MWF-PJW Judgment.wpd